JOSIE MANGAN
307 Laird Road
Colts Neck, New Jersey 07722

January 31, 2021

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Brodie,

Hello, I am Josie Mangan, Adolfo LaCola's older and only sibling. I am writing to provide you with a clearer picture of who my brother Adolfo LaCola is.

Adolfo and I are children of very hard working immigrant parents who raised us both to be hardworking, honest and true to who we are and our values. My brother was always such a sweet boy who literally would give the shirt off of his back to help a friend. To be honest, it was almost always to a fault. My brother is the type of guy who was typically the life of the party and so much fun to be around. He really is like a big kid - in fact he never married or had children of his own, so my children became his surrogate children. Adolfo, being who he is, was strictly the "fun" uncle so my children needless to say adore him, and are heartbroken (as we all are) to know what he has done and where he has been for almost 2 years. My brother is not a bad person. In fact he is too kind and trusting of everyone - even people he should not trust or have dealings with. My brother's choice to do what he did was clearly wrong and of his own doing. However, this one bad choice does not define the type of person he is. I hope this has taught him a very hard lesson one that he is paying for dearly.

Your honor, I am respectfully requesting that you take into consideration when you sentence him that this is his first offense and that his time served has been so difficult because of the amount of time he has spent in isolation because of Covid. Thanking you in advance for this opportunity to share my thoughts with you for your consideration of my brother's fate.

Respectfully,

Josie Mangan

LOUIS T. MANGAN, ESQ.
307 Laird Road
Colts Neck, New Jersey 07722

January 3/, 2021

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Brodie:

I am writing to you about my brother-in-law, Adolfo LaCola, who will appear before you for sentencing. I have known Adolfo since he was 13 when I first started dating his sister to whom I have been married to for over 30 years. My first interaction with Adolfo was at his home when I came to visit his sister while his parents were not home. I was a stranger to him and he refused to leave us alone thinking he was protecting his sister. Although I was 17 at the time I still found it kind of endearing that the "barely-a teenager" skinny little younger sibling was looking out for his sister.

Adolfo is one of the sweetest, kindest people I know. The guy is not a genius and he trusts those he considers to be friends – many times to a fault. He has been taken advantage of by so-called friends countless times yet he has never stopped giving and trying to help those who are in his life. We all acknowledge that the decisions we make as an adult are our decision and the consequences rightfully fall on the decision maker. However, hopefully this one bad and very stupid decision will not forever color or diminish the quality of Adolfo's remaining years and contributions he may make in the future.

Adolfo and his sister were raised by immigrant parents who spent the vast majority of their children's formative years working countless hours each day. Both kids had good examples of hard work but their parents were not involved in their children's day-to day lives and there was no emphasis on education beyond the stereotypical "read books" declarations from time-to-time. Adolfo and his sister were left to sort out many things other children with more involved/present parents would not have to sort out alone. I haven't always agreed with Adolfo's life choices but he never crossed the line between lawful and unlawful line until the event for which he will be appearing before you. He is a decent person, who has never been in trouble before and is loved by many people. I respectfully request that you take into consideration the foregoing when arriving at Adolfo's sentence.

Respectfully,

Louis Mangan

ASHLEY MANGAN
307 Laird Road
Colts Neck, New Jersey 07722

February 1, 2021

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Brodie,

I am writing to you about my uncle, Adolfo LaCola. I would like to provide you with a better understanding of what kind of person my uncle truly is.

Adolfo is the best uncle anyone could ask for. Ever since I was a little girl, Adolfo acted as a second father to me. He would always do whatever he could to put a smile on my face. Whether it was bringing me to my favorite arcade or treating me to a candy apple at my favorite chocolate factory, Adolfo always went out of his way to make my day. These special days with my uncle have turned into some of my most cherished memories. Adolfo was also the only person in my extended family to attend every single one of my dance recitals and competitions. I have been dancing since I was two, so you can only imagine the number of shows he has attended. At the end of each performance, he always greeted me with a beautiful bouquet, a tight hug, and a beaming, proud smile. Adolfo has always been one of my biggest supporters, and I know he always will be.

Adolfo is one of the kindest hearted people I know. When I was in middle school, I came home to a new puppy gifted to me by him. At the time, I just thought it was a fantastic surprise, but I have learned that Adolfo found that dog tied to the side of a mailbox and wanted to give it the life it deserved. Although I am heartbroken to know what he has done, I know that this horrible mistake does not define the kind of person he truly is.

Your honor, I am respectfully asking you to consider everything that I have told you about his character when you sentence him. Adolfo is a good person, but he got involved in the wrong things. Thank you for your time and consideration.

Respectfully,

Ashley Mangan

**ADAM L. MANGAN**
**333 SAVIN HILL AVE**
**BOSTON, MA 02125**

February 2, 2021

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Brodie:

This letter is written in relation to the upcoming trial for my uncle, Adolfo LaCola, who I will refer to as Uncle Al. Uncle Al has been a big part of my life since I can form memories, and has taken what you would call an "above and beyond" interest in me and my life. For the last 24 years of my life, my Uncle Al has been not only my uncle and godfather, but my friend. He was always someone I could have a blast with and he carries a "youthful energy" that matched mine. We have made some amazing memories over the years. As I got older I realized that some of Uncle Al's life choices weren't ones that I would strive to emulate. However, one thing that could never be taken away from him was his huge heart and his care for others, especially my sister and I.

Speaking to Uncle Al's life choices, he has not been known to take a traditional path in the pursuit of things he wants in life. He has tried being a music producer, product inventor, reality show actor, etc – the list goes on and on. Although he has always walked to the beat of his own drummer in the most non-traditional ways, this has never affected our relationship or the genuinely good person I know him to be. I have come to learn that he was easily manipulated by his peers and strove to please those around him at every chance, and it has been that way for his entire life. I personally think he has been constantly seeking success and validation because of the lack of any validation and relentless negativity that was directed at him from his own father. While many factors come into play, I truly believe that his many misguided attempts at success and constant search for validation from all the wrong people and in all the wrong venues is what has landed him in the horrible situation he is in today. I can only hope that he has learned the most valuable lesson of his life from the time he has spent incarcerated thus far.

What I am asking of you is to please see this man for what he truly is and judge him fairly as you see fit. He is not a hardened criminal who strives to break the law and hurt others to get ahead, but a people pleasing, somewhat damaged man who has taken one too many misguided turns. He is a man that puts the wants of others above his own wellbeing, much to a fault as he has proven. Unfortunately, Uncle Al's pride mixed with his decision making abilities have failed him time and time again, and have severely hurt the quality of his life and the lives of those around him. My sincere hope is that he has learned from this experience and will move forward from it with a greater sense of self-awareness, self-love and a bit more grounding in reality.

Respectfully,

*Adam Mangan*
Adam Mangan

**LaCola Exhibit A - 5**

Honorable Chief Justice Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Your Honor:

My name is Karen C. Ford and I am requesting for you to please consider what I have to share about my very dear friend, Mr. Adolfo LaCola. I have had the pleasure to have known Al for approximately 6 years. Have you ever met someone that you had an immediate bond with, and a beautiful friendship developed, one that you felt was many years in the making? Well, that was my experience with Al. Not only do I consider him to be a dear friend but family. Mr. LaCola has been a man who has always displayed kindness, consideration. and empathy. A man who would give you the shirt off his back if that is what I needed, even if that was all he had. As a mother of 4 there are only a select few people that I would trust to be there for any of them. Al has been there for me when I have been ill, when I needed a friend's support, including when my mother was suffering a long painful death. He always remembered me and made sure to check on me to offer anything he could to help me through difficult times. I have had to endure many medical situations and had tough times to get through. Al never failed to check on me, even if it was just to allow me to cry and have a shoulder. I truly believe him to be one of the best individuals in my life. Not too many people go out of their way to check on people with genuine concern. There was not one birthday or holiday that passed that my friend Al made sure not to miss to make sure I knew he was thinking about me. Even when my heart was broken, Al did what he could to bring me up. I know him to be a caring, empathetic man who deserves a second chance and consideration for leniency.

I thank you for taking the time to read this. Please feel free to reach out to me anytime.  Have

a beautiful day!

Sincerely,
Karen C Ford
*Karen C Ford*
4711 High Anchor St, Las Vegas NV 89121

LaCola Exhibit A - 6

Angie Di MAMBRO
44 Connecticut St
Staten Island, NY
10307

February 4, 2021

RE: Adolfo LaCola

TO: The Honorable
Judge BRODIE:

I have known Adolfo LaCola as a good friend for over 5 years. I was both troubled and surprised to hear about his recent case as he has always been a solid and kind person. It is for this reason I am happy to write a letter of reference for Adolfo LaCola regarding this matter.

I understand the seriousness of this matter however, I hope the Court will show some leniency. Adolfo LaCola has always been there for me and everyone who was his friend. He is always the first person to

help in anyway he can for his friends and family. Always so supportive and helpful. While it is unfortunate that he has made some bad decisions, thus resulting in this case it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. Adolfo LaCola expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Adolfo LaCola to be an honorable

individual and a good human being who lost his way and made a mistake. Everyone deserves a second chance. Adolfo has always been responsible, honest and courteous to everyone who knows him.

I respectfully ask for your compassion during this process. Thank you for your time a consideration.

Angie DiMambro.

LaCola Exhibit A - 8

Nancy Stephenson

415 17th Street N.

Texas City, TX 77590

January 17, 2021

RE: Adolfo Lacola

To: The Honorable Judge Brodie

I am writing on behalf of Adolfo Lacola. Adolfo and I have been good friends for twenty years and he has proven to be a reliable, caring and a trustworthy person. Adolfo has never gone back on his word and remains a faithful and loyal friend. Adolfo has helped me through some difficult times in my life by being a sounding board and being there for me when I needed him.

Adolfo has told me, he accepts full responsibility for his actions. Adolfo is human and is susceptible to making mistakes, as are all of us.

It is my hope that this letter on behalf of Adolfo Lacola will serve as a positive and contributing factor when the court considers this matter.

Sincerely,

*Nancy Stephenson*

Nancy Stephenson